```
                                                    FILED
                                                    APR 27 2010
                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
                                                    OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>     Plaintiff,                  )<br>                                 )<br>   v.                            )<br>                                 )<br>                                 )<br>DALE P. ZUCKER,                  )<br>                                 )<br>     Defendant.                  )<br>_____) | No. CR-4-10-70345 MAG<br><br>DETENTION ORDER |

I. DETENTION ORDER

Defendant Dale P. Zucker is charged in a one-count indictment with violation of 18 U.S.C. § 1346 (failure to appear in court for trial) for failure to appear for trial scheduled to begin on January 26, 2010 in the Northern District of Ohio, Case Number 1:09CR366, in which Mr. Zucker was charged by a separate indictment with violations of 18 U.S.C. § 1341 (mail fraud). Defendant appeared before this Court on April 27, 2010, pursuant to Fed. R. Crim. P. 5(c)(3). Defendant knowingly and voluntarily admitted his identity, and requested immediate removal to the charging district. Defendant waived his right to present evidence on the question of whether he should be detained or released for his removal to the Northern District of Ohio, but reserved his right to raise relevant information at a later hearing should circumstances change.

DETENTION ORDER
CR 4-10-70345-MAG                   1

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Zucker because the preponderance of the available evidence indicates that Mr. Zucker poses a serious risk of flight and no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985). This order is based on the nature of the charge.

## II. CONCLUSION

The Court detains Mr. Zucker as a serious flight risk. He shall remain committed to the custody of the Attorney General during removal to the Northern District of Ohio.

IT IS SO ORDERED.

DATED: April 27, 2010

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 4-10-70345-MAG                                    2